and as such are not subject to duty under paragraph 1211 and Section 504, but dutiable at 21, or 20, 19 per centum ad valorem under paragraph 397, Tariff Act of 1930, as modified, and paragraph 1559, as amended, depending on the date of entry or withdrawal from warehouse.

IT IS FURTHER STIPULATED AND AGREED by and between the parties hereto that the matters herein be remanded to a single judge sitting in reappraisements for a determination of the value of the merchandise in the manner provided by law.

IT IS FURTHER STIPULATED AND AGREED that the protests be deemed submitted on this stipulation, the protests being limited to the items marked with the letter "A", as aforesaid.

Accepting the foregoing stipulation of facts and upon reviewing the official papers herein, we find and hold that there was no separate appraisement for the items marked "A" but merely a finding of "cost." Since it has been agreed by and between counsel for the respective parties that the items marked "A" are not unusual containers, the appraisements and liquidations are void. *United States* v. *William Heyer*, 31 CCPA 111, C.A.D. 259.

Accordingly, said protests filed against such void liquidations are premature, and the involved protests are hereby dismissed and the matter is remanded for further proceedings to a single judge sitting in reappraisement for determination of the value of the imported merchandise in the manner provided by law.

Judgment will be entered accordingly.

No. 69545.—Arthur J. Fritz & Company and Tradeship, Ltd., et al. *v.* United States, protests 61/18001, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

No. 69546.—Hanken Imports and Harper, Robinson & Co. *v.* United States, protest 64/14199 (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.